**Opinion issued August 9, 2012**



In The

# Court of Appeals

For The

# First District of Texas

————————————————

## NO. 01-12-00617-CV

————————————————

**STANISLAW BURZYNSKI, M.D. d/b/a BURZYNSKI CLINIC, BURZYNSKI RESEARCH INSTITUTE, INC., AND SOUTHERN FAMILY PHARMACY, INC., Appellants**

**V.**

**LOLA QUINLAN, Appellee**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-03429**

---

### MEMORANDUM OPINION

Appellant, Stanislaw Burzynski, M.D. d/b/a Burzynski Clinic, has filed a

motion to dismiss the appeal in which appellants Burzynski Research Institute, Inc.

and Southern Family Pharmacy, Inc. have joined. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.